

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DANIEL LEE SPINKS, | § | No. 08-19-00172-CR |
| Appellant, | § | Appeal from the |
| v. | § | 39th District Court |
| THE STATE OF TEXAS, | § | of Haskell County, Texas |
| Appellee. | § | (TC# 6964) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF AUGUST, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.